# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 30, 2024

Matthew Lorn Hoppock
HOPPOCK LAW FIRM, LLC
5949 Nieman Road
P.O. BOX 3886
Shawnee, KS  66203

    RE: 22-3372  Jose Gaspar-Felipe v. Merrick Garland

Dear Counsel:

    The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc **must** be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

                                                     Michael E. Gans
                                                     Clerk of Court

CRJ

Enclosure(s)

cc:     EOIR
         Carl H. McIntyre
         Oil Oil
         Nicole Thomas-Dorris

    District Court/Agency Case Number(s):   A205-999-708